Deputy Federal Public Defender
Email:
3801 University Avenue, Suite 700
Riverside, California 92501
(951) 276-6346 / (951) 276-6368 [Fax]



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 5:25-mj-00552 |
| v. | |
| Oscar Magana Reyes | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, __Oscar Magana Reyes__, declare that
(Defendant/Material Witness)

[X] I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

[ ] I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

[ ] My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __September__, 20__25__
at __Riverside, CA__
(City and State)

X __Oscar Magana Reyes__
Signature of Defendant/Material Witness

---

If the declarant is not an English speaker, include the following:
I, __P. Bianchi__, am fluent in written and spoken English and __SPANISH__ languages. I accurately translated this form from English into __SPANISH__ to declarant __Magana Reyes__ on this date.

Date: __9-2-25__

__[signature]__
Interpreter

CR-37 (05/15)        DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS