NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Ayah A. Sarsour (Bar No. 340280)
Federal Public Defender's Office
3801 University Avenue, Suite 700
Riverside, CA 92501
951-276-6346

FILED
CLERK, U.S. DISTRICT COURT
09/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, **PLAINTIFF** v. OSCAR MAGANA REYES **DEFENDANT.** | **CASE NUMBER** 5:25-mj-00552-Duty **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Oscar Magana Reyes that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge Sheri Pym _____ by order dated: 09/02/2025

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Mr. Magana respectfully requests that the Honorable Jesus G. Bernal adopt the recommendation of Pretrial Services for his release on pretrial supervision. Specifically, he requests that the Court approve release with a $5,000.00 Affidavit of Surety Without Justification [Form CR-4], to be signed by Orlando Magana, his nephew. Mr. Magana further requests that the Court impose all other conditions recommended by Pretrial Services in their report.

Counsel for the defendant and plaintiff United States Government consulted on 09/03/2025 and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☑ Interpreter ☑ USM ☐ Probation on 09/03/2025 by email _____.

An interpreter is ☑ required ☐ not required.  Language  Spanish
Defendant is ☑ in custody ☐ not in custody.

09/03/2025
Date

/s/ Ayah Sarsour
Moving Party

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)