UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    5:25-cr-00316-SSS                                     Date: November 21, 2025

Present: The Honorable: Sunshine Suzanne Sykes, U.S. District Judge

Interpreter       Madeline Rios / Spanish

| Irene Vazquez | Phyllis Preston | Benjamin Joseph Weir |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Oscar Magana Reyes | √ | √ | | Cecil Reginald Taylor | √ | | √ |

## Proceedings: FINAL PRETRIAL CONFERENCE

The matter is called and counsel state their name on the record.  The Court confers with counsel regarding the current posture of the case and admonishes defense counsel for failing to respond to the Courtroom Deputy and failing to comply with the Court's Standing Order.  In light of defense counsel having recently substituted in the case, the Court approves the parties' proposed new trial dates and orders the parties to file the excludable time stipulation forthwith.

**IT IS SO ORDERED**.

00:09

**Initials of Deputy Clerk**    iv