TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
BENJAMIN J. WEIR (Cal. Bar No. 312418)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone:  (951) 276-6228
    Facsimile:  (951) 276-6202
    E-mail:      Benjamin.Weir@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 5:25-00316-SSS |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date:  April 13, 2026 |
| OSCAR MAGANA REYES, | Location:  Courtroom of the Hon. Sunshine S. Sykes |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First

Assistant United States Attorney for the Central District of California and Assistant

United States Attorney Benjamin J. Weir, and defendant Oscar Magana Reyes, by and

//

//

//

//

//

//

//

through his counsel of record C. Reginald Taylor, hereby submit their Joint Statement of the Case.

Dated: March 27, 2026                    Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


           /s/
BENJAMIN J. WEIR
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: March 27, 2026                    /s/ (with email permission)
C. REGINALD TAYLOR
Attorney for Defendant
OSCAR MAGANA REYES

2

## <u>JOINT STATEMENT OF THE CASE</u>

This is a criminal case brought by the United States government.  The government has charged defendant OSCAR MAGANA REYES with Assault on a Federal Officer with a deadly or dangerous weapon in violation of 18 U.S.C. § 111(a)(1), (b).  The government alleges that Mr. MAGANA REYES obtained control of a federal law enforcement officer's electronic control weapon, commonly known as a Taser, and used the Taser against an officer while they tried to detain him.  Mr. MAGANA REYES has pleaded not guilty to the charge and denies the allegations in the charge.