UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    5:25-cr-00316-SSS                                    Date: April 10, 2026

Present: The Honorable: Sunshine Suzanne Sykes, U.S. District Judge

Interpreter    Alejandro Franco / Spanish

| Irene Vazquez | Myra L. Ponce | Benjamin Joseph Weir |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Oscar Magana Reyes | √ | √ | | C. Reginald Taylor | √ | | √ |

**Proceedings: (1) GOVERNMENT'S MOTION IN LIMINE NO. 1 [DKT. 36]; (2) GOVERNMENT'S MOTION IN LIMINE NO. 2 [DKT. 37]; & FINAL PRETRIAL CONFERENCE**

The matter is called and counsel state their name on the record.  The Court addresses (1) defense counsel's failure to respond to the Courtroom Deputy's emails regarding the status of the trial and (2) the Court's unavailability next week.  Afterwards, the Court confers counsel regarding the pretrial documents, the trial schedule, and logistics.  For the reasons stated on the record, the Court **ORDERS** as follows:

1. Government's motions in limine [Dkt. 36, 37] are **GRANTED**.

2. The Court addresses Defendant's right to a speedy trial and Defendant waives his right.

3. Jury Trial is **CONTINUED** from Monday, April 13, 2026, to **Tuesday, May 26, 2026, at 9:00 a.m.**  Counsel is **DIRECTED** to be present by 8:30 a.m., in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse, located at 3470 12th St., Riverside, CA 92501.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

4. Any updated pretrial documents shall be filed no later than May 18, 2026.

5. Government is **DIRECTED** to file an excludable time stipulation.

**IT IS SO ORDERED**.

| | |
|---|---|
| **Motions:** | 00:05 |
| **PTC:** | 00:25 |
| **Initials of Clerk:** | iva |